UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>-against-<br><br>AMIT BHARDWAJ, et al.,<br><br>       Defendants,<br><br>-and-<br><br>GAURI SALWAN, ET AL.,<br><br>       Relief Defendants. | 22-CV-6277 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the motion to intervene and stay filed by the United States of America, by and through the United States Attorney for the Southern District of New York ("the Government") at ECF No. 47.  The Government seeks to intervene in this case, pursuant Fed. R. Civ. P. 24, and to stay this action pending resolution of a related criminal case captioned at *United States v. Amit Bhardwaj, et al.*, 22-cr-398 (GHW) (S.D.N.Y.).  The motion is unopposed.  Accordingly, the motion is hereby **GRANTED** and this action is **STAYED**.

  Additionally, in light of the stay in this action, the pending motions for extension of time to answer at ECF No. 53 and 54 are **DENIED AS MOOT**.

  The Government is directed to file a status report upon resolution of the criminal case or within **six months**, whichever is earlier.

1

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 47, 53 and 54 and mark this action as stayed.

**SO ORDERED.**

Dated:   November 3, 2022
              New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**