UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>AMIT BHARDWAJ, et al.,<br><br>                    Defendants,<br><br>-and-<br><br>GAURI SALWAN, ET AL.,<br><br>                    Relief Defendants. | 22-CV-6277 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      Per the Court's November 3, 2022 Order, the Government was directed to file a joint status report upon resolution of the criminal case or within six months, whichever was earlier. (ECF No. 56.) Although over six months have elapsed since the Court's Order, the Government has not filed a status report. Accordingly, the Court will *sua sponte* extend the deadine to **May 26, 2023**.

**SO ORDERED.**

Dated:   May 12, 2023
             New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**