UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>AMIT BHARDWAJ, et al.,<br><br>　　　　　　　　　Defendants,<br><br>-and-<br><br>GAURI SALWAN, ET AL.,<br><br>　　　　　　　　　Relief Defendants. | 22-CV-6277 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　Defendant Amit Bhardwaj is directed to file a response to Plaintiff's motion for leave to file a proposed judgment, indicating whether it consents to the motion, by **September 7, 2023**.

**SO ORDERED.**

Dated:　August 30, 2023
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew L. Carter_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1